UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
District of Massachusetts

RECEIPT # 65679
AMOUNT $ 250.00
SUMMONS ISSUED 3
LOCAL RULE 4.1 —
WAIVER FORM —
MCF ISSUED —
BY DPTY. CLK. M.P.
DATE 7/14/2005

05-11485RWZ

CANDY BELL
(Plaintiff)

V

JOHN E. POTTER,
In his official capacity as Postmaster General of the United States of America,

UNITED STATES POSTAL SERVICE
(Defendants)

MAGISTRATE JUDGE J60

1. This is an action for declaratory, injunctive, and other appropriate relief, including back pay, costs, and attorney's fees, to redress the deprivation of Plaintiff's rights secured by Title VII of the Civil Rights Act of 1964, 42 USC section 2000e et seq.

2. The jurisdiction of this Court is invoked to secure protection of and to redress deprivation of rights secured by Title VII providing for injunctive and other relief against discrimination in employment on the basis of sex. This Court has jurisdiction of this action under 42 U.S. C. 2000e- 5(f) (3).

Parties

3. Plaintiff Candy Bell is a female citizen of the United States and the Commonwealth of Massachusetts. At all times material herein, plaintiff has resided in the juridical district of this Court. Plaintiff is an active employee of the defendant United States Postal Service from July 31, 1988 until the present.

4. Defendant is an entity of the United States Government with a place of business at Boston, MA. Defendant is charged with the responsibility of post delivery and kindred matters. Defendant is an employer within the meaning of 42 U.S.C. 2000e (b).

Administrative Procedure

5. Within 180 days of the occurrence of the acts set forth herein, plaintiff filed charges of employment discrimination against the defendant.

6. On or about April 18, 2005, a final action of the Agency was issued that entitled plaintiff to institute a civil action in the appropriate Federal District Court within 90 days of the date of receipt of the notice.

Factual Allegations

7. Plaintiff was employed by defendant effective July 31, 1988. She was initially

assigned as a clerk to the postal facility located in Dorchester section of Boston, MA, the General Mail Facility.

8. On or about January 11, 2000 plaintiff filed a complaint in the United States Federal District Court, District of Massachusetts that alleged discrimination based upon race, sexual harassment and retaliation for participation in protected activity.

9. On or about December 2002 a finding and verdict favorable to plaintiff was entered in the Federal District Court.

10. As the case mentioned in paragraphs 9 and 10 was pending, plaintiff was transferred from the General Mail Facility in Boston, MA. to the Boston Processing and Distribution Center, 200 Smith Street, Waltham, MA.

11. On or about the commencement of her work at the facility in Waltham, MA. plaintiff became the target of racial and gender based slurs, actions and discrimination.

13. Among other things there were derogatory comments about plaintiff's physical appearance, her race, gender and sexually oriented commentary about what was believed to be plaintiff's lifestyle.

14. The comments and other discriminatory statements were ratified by plaintiff's supervisors', management and other employment related superiors as they were allowed to continue and said supervisors, management and other employment related superiors, in some instances, participated in the actions and comments.

15. The actions of the coworkers and the ratification by the management violated defendant United States Postal Services so called zero tolerance policy.

16. Plaintiff initiated a complaint with respect to the actions of coworkers and supervisors. After a period of time had passed, the complaint was dismissed.

17. During the course of the complaint process initiated by plaintiff, management officials forced plaintiff to participate in a psychological examination to determine her so called fitness for duty.

18. This action was designed to intimidate and chill plaintiff's efforts to address discrimination suffered at the hands of defendants. Further, these actions were on account of plaintiff's race, gender and color.

19. As a direct result of the harassment, plaintiff has suffered serious physical and mental injury.

## COUNT I

20. Plaintiff repeats and restates paragraphs 1-19 as if fully reproduced herein.

21. Plaintiff has complied with the procedural prerequisites with respect to this count.

22. The above conduct as against Candy Bell was on account of her race, color and gender.

## COUNT II

23. Plaintiff repeats and restates paragraphs 1-19 as if fully reproduced herein.

24. Plaintiff has complied with the procedural prerequisites with respect to this count.

25. The above conduct against Candy Bell was on account of and in retaliation for plaintiff's complaint's pertaining to the harassment and discrimination.

## COUNT III

26. Plaintiff repeats and restates paragraphs 1-19 as if fully reproduced herein.

27. Plaintiff has complied with the procedural prerequisites with respect to this count.

28. The above described acts had the purpose and effect of unreasonably interfering with plaintiff's work performance and created an intimidating, hostile and offensive working environment.

WHEREFORE, plaintiff, Candy M. Bell, demands judgment against the defendant in an amount that is fair and reasonable in order to adequately compensate her for her injuries, together with interest, reasonable attorney fees, punitive damages and costs of this action.

PLAINTIFF DEMANDS TRIAL BY JURY ON ALL COUNTS

James E. Small, Jr.
BBO 467220
P.O. Box 190024
Roxbury, MA. 02119
(617) 427-3147

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) _____

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ___  I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   _✓_  II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.           for patent, trademark or copyright cases

   ___  III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

   ___  IV.  220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

   ___  V.   150, 152, 153.

   **05-11485 RWZ**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
                                                                        YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
                                                                        YES ☐   NO ☒
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
                                                                        YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
                                                                        YES ☐   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
                                                                        YES ☒   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☐     Central Division ☐     Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐     Central Division ☐     Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
                                                                        YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _____
ADDRESS _____
TELEPHONE NO. _____

(CategoryForm.wpd - 5/2/05)

☙JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a)   PLAINTIFFS**   Cady, Mitch

**DEFENDANTS**   [illegible handwriting]

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

**05 - 11485 RWZ**

**II.  BASIS OF JURISDICTION**   (Place an "X" in One Box Only)

☐ 1   U.S. Government Plaintiff
☐ 3   Federal Question (U.S. Government Not a Party)
☒ 2   U.S. Government Defendant
☐ 4   Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.  NATURE OF SUIT**   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN**   (Place an "X" in One Box Only)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI.  CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
2000 e. Title I
Brief description of cause:
[illegible handwriting]

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   CHECK YES only if demanded in complaint:   JURY DEMAND:   ☒ Yes   ☐ No

**VIII. RELATED CASE(S) IF ANY**   (See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____