```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

```
_____
CANDY BELL,                   )
                              )
     Plaintiff,               )
                              )
v.                            )
                              )   C.A. No. 05-11485-RWZ
JOHN E. POTTER, In His        )
Capacity as Postmaster        )
General of the United         )
States of America,            )
                              )
     Defendant.               )
_____)
```

**PROPOSED JOINT RULE 16.1 STATEMENT**

The parties in this action submit the following Proposed Joint Statement pursuant to Local Rule 16.1 and the Court's Order of November 14, 2005:

1. **Proposed Discovery Plan**:

    a. Automatic disclosure statements and discovery shall be served on or before December 30, 2005;

    b. All interrogatories and request for production of documents shall be served by May 31, 2006;

    c. Any Amendments pursuant to Fed. R. Civ. P. 15 shall be made by March 1, 2006;

    d. All depositions shall be completed by August 31, 2006; and

    e. A final pretrial conference shall be scheduled after decisions are rendered on a motion for summary judgment.

2. **Number of Depositions**

    a.    The plaintiff intends to take written discovery and depose any fact witnesses identified by the defendant.

    b.    Defendant intends to depose plaintiff and any witnesses he identifies as to her damages (the defendant may depose any fact witnesses that are no longer employees of the defendant).

    Since no discovery has yet occurred, the Parties cannot identify possible deponents with greater specificity at this time.

2. **Consent to Trial By Magistrate**

    a.    The plaintiff has not indicated as to whether he will consent to a trial by magistrate.

    b.    The defendant consents to a trial by magistrate in this case.

3. **Proposed Schedule for Motions**

    a.    All dispositive motions are to be filed on or before October 18, 2006.

    b.    Opposition to dispositive motions are to be filed on or before November 17, 2006

4. **Designation of Experts**

    a.    Expert witnesses shall be identified by the parties by May 2, 2006.

    b.    If necessary, the opposing party shall have until June 2, 2006 in which to obtain an expert.

    c.    Expert interrogatories shall be served by June 16, 2006.

5. **Final PreTrial Conference**

    a.    The Final Pretrial Conference will be scheduled by the Court following all hearings on dispositive motions.

                        Respectfully submitted,

| CANDY BELL, | JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, |
|---|---|
| | By his Attorneys, |
| | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ James E. Small by raf<br>James E. Small, Esq.<br>P.O. Box 190024<br>Roxbury, MA 02119<br>(617)427-3147 | /s/ Rayford A. Farquhar<br>Rayford A. Farquhar<br>Assistant U.S. Attorney<br>1 Courthouse Way, Suite 9200<br>(617) 748-3284 |

## CERTIFICATE OF SERVICE

Suffolk, ss.                              Boston, Massachusetts
                                                        December 9, 2005

    I, Rayford A. Farquhar, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing upon counsel of record, James E. Small, P.O. Box 190024, Roxbury, MA 02119, by First Class Mail.

                                              /s/ Rayford A. Farquhar
                                              Rayford A. Farquhar
                                              Assistant U.S. Attorney

## LOCAL RULE 7.1 CERTIFICATION

    I, Rayford A. Farquhar, Assistant United States Attorney, do hereby state that on December 8, 2005 I spoke with Attorney James E. Small and he assented to the filing of this Proposed Joint 16.1 Statement.

                                      /s/ Rayford A. Farquhar
                                      Rayford A. Farquhar
                                      Assistant U.S. Attorney