```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| CANDY BELL,               ) | |
|                           ) | |
|      Plaintiff,           ) | |
|                           ) | |
| v.                        ) | |
|                           ) | C.A. No. 05-11485-RWZ |
| JOHN E. POTTER, In His    ) | |
| Capacity as Postmaster    ) | |
| General of the United     ) | |
| States of America,        ) | |
|                           ) | |
|      Defendant.           ) | |
|                           ) | |

**<u>JOINT MOTION FOR AN EXTENSION OF TIME TO COMPLETE DISCOVERY</u>**

The parties in this action submit this Joint Motion for An Extension of Time to Complete Discovery up to and including November 1, 2006.  As grounds for this motion the parties state that they have attempted to schedule the final depositions needed to complete discovery, but due to vacation schedules the parties are unable to complete discovery prior to the date of August 31, 2006.  The parties are seeking up to and including October 31, 2006 to complete discovery.

WHEREFORE, the parties move this Court for an extension of time to October 31, 2006 to complete discovery.

                    Respectfully submitted,

| | |
|---|---|
| CANDY BELL, | JOHN E. POTTER,<br>POSTMASTER GENERAL,<br>UNITED STATES POSTAL SERVICE,<br><br>By his Attorneys,<br><br>MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ James E. Small by raf<br>James E. Small, Esq.<br>P.O. Box 190024<br>Roxbury, MA 02119<br>(617)427-3147 | /s/ Rayford A. Farquhar<br>Rayford A. Farquhar<br>Assistant U.S. Attorney<br>1 Courthouse Way, Suite 9200<br>(617) 748-3284 |

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 31, 2006

                                              /s/ Rayford A. Farquhar
                                              Rayford A. Farquhar


LOCAL RULE 7.1 CERTIFICATION

    I, Rayford A. Farquhar, Assistant United States Attorney, do hereby state that on August 30, 2006 I spoke with Attorney James E. Small and he assented to the filing of this Joint Motion to Complete Discovery

                                              /s/ Rayford A. Farquhar
                                              Rayford A. Farquhar
                                              Assistant U.S. Attorney