```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| CANDY BELL, )<br>  )<br>   Plaintiff, )<br>  )<br>v. )<br>  )<br>JOHN E. POTTER, In His )<br>Capacity as Postmaster )<br>General of the United )<br>States of America, )<br>  )<br>   Defendant. )<br>_____) | C.A. No. 05-11485-RWZ |

### JOINT MOTION FOR AN EXTENSION OF TIME
### TO FILE DISPOSITIVE MOTIONS

The parties in this action submit this Joint Motion for An Extension of Time to file dispositive motions. As grounds for this motion the parties state as follows:

1. On August 31, 2006 the parties filed a Motion for an Extension of Time to Complete Discovery up to and including October 31, 2006;

2. The parties inadvertently forgot to request a date for filing dispositive motions;

3. The defendant intends to file a dispositive motion and is seeking up to and including December 15, 2006 to file his motion for summary judgment; and

4. The time between October 31, 2006 and December 15, 2006 is necessary for the processing of the plaintiff's deposition transcript.

WHEREFORE, the parties move this Court for an extension of time to December 15, 2006 for the filing of dispositive motions.

                                                Respectfully submitted,

| | |
|---|---|
| CANDY BELL, | JOHN E. POTTER, |
| | POSTMASTER GENERAL, |
| | UNITED STATES POSTAL SERVICE, |
| | |
| | By his Attorneys, |
| | |
| | MICHAEL J. SULLIVAN |
| | United States Attorney |
| | |
| /s/ James E. Small, raf | /s/ Rayford A. Farquhar |
| James E. Small, Esq. | Rayford A. Farquhar |
| P.O. Box 190024 | Assistant U.S. Attorney |
| Roxbury, MA 02119 | 1 Courthouse Way, Suite 9200 |
| (617)427-3147 | (617) 748-3284 |

## CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 13, 2006

                                                  /s/ Rayford A. Farquhar
                                                  Rayford A. Farquhar

## LOCAL RULE 7.1 CERTIFICATION

    I, Rayford A. Farquhar, Assistant United States Attorney, do hereby state that on October 11, 2006 I spoke with Attorney James E. Small and he assented to the filing of this Joint Motion.

                                                  /s/ Rayford A. Farquhar
                                                  Rayford A. Farquhar
                                                  Assistant U.S. Attorney