```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| CANDY BELL, )<br>   )<br>   Plaintiff, )<br>   )<br>v. )<br>   )<br>JOHN E. POTTER, In His )<br>Capacity as Postmaster )<br>General of the United )<br>States of America, )<br>   )<br>   Defendant. )<br>   ) | C.A. No. 05-11485-RWZ |

**JOINT STATUS REPORT OF THE PARTIES**

The plaintiff, Candy Bell, by and through her Attorney, James E. Small, and the defendant, John E. Potter, Postmaster General of the United States, by and through his Attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, herein files this Joint Status Report.  The current status of the case is as follows:

1. On August 31, 2006 the parties filed a Motion for an Extension of Time to Complete Discovery up to and including October 31, 2006;

2. The defendant deposed the plaintiff on Wednesday, October 11, 2006;

3. During the plaintiff's deposition, the defendant alleges that the plaintiff raises damages that were not plead in her complaint.  As such, the defendant suspended the plaintiff's deposition and agreed to resume the deposition after receiving plaintiff's

       answer to Interrogatories and responses to Request for Production of Documents;

4. Specifically, the defendant was seeking Tax Returns from the plaintiff to verify alleged loss income, and medical records referring to any psychological and/or psychiatric treatment;

5. The defendant will conduct the following discovery:

    (i) Review the plaintiff's Tax Returns to refute any allegations of lost income;

    (ii) Subpoena any medical records regarding alleged emotional distress damages;

    (iii) Complete the plaintiff's deposition; and

    (iv) File a dispositive motion.

6. Based on the plaintiff's willingness to provide the necessary answers and responses to discovery propounded by the defendant, the parties suggest the following dates to complete discovery:

    (i) The plaintiff will answer and respond to discovery no later than June 8, 2007;

    (ii) The defendant will subpoena any and all medical records by June 30, 2007;

    (iii) The defendant will complete the plaintiff's deposition in July, 2007; and

  (iv)  Dispositive motions will be filed by August 30, 2007.

WHEREFORE, the following dates will enable the parties to complete discovery and file dispositive motions.

|  |  |
|---|---|
|  | Respectfully submitted, |
| CANDY BELL, | JOHN E. POTTER,<br>POSTMASTER GENERAL,<br>UNITED STATES POSTAL SERVICE, |
|  | By his Attorneys, |
|  | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ James E. Small<br>James E. Small, Esq.<br>P.O. Box 190024<br>Roxbury, MA 02119<br>(617)427-3147 | /s/ Rayford A. Farquhar<br>Rayford A. Farquhar<br>Assistant U.S. Attorney<br>1 Courthouse Way, Suite 9200<br>(617) 748-3284 |

CERTIFICATE OF SERVICE

 I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 30, 2007.

           /s/ Rayford A. Farquhar
           Rayford A. Farquhar
           Assistant U.S. Attorney

<u>LOCAL RULE 7.1 CERTIFICATION</u>

    I, Rayford A. Farquhar, Assistant United States Attorney, do hereby state that today I spoke with Attorney James E. Small concerning this Status Report and he agreed to the filing it.

                                      <u>/s/ Rayford A. Farquhar</u>
                                      Rayford A. Farquhar
                                      Assistant U.S. Attorney