UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
CANDY BELL,                        )
                                   )
        Plaintiff,               )
                                   )
v.                                 )   Civil Action
                                   )   No. 05-11485 RWZ
JOHN E. POTTER, in his official    )
capacity as POSTMASTER GENERAL     )
OF THE UNITED STATES               )
POSTAL SERVICE,                    )
                                   )
        Defendant.               )
_____)

## THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, John E. Potter, Postmaster General of the United States Postal Service, hereby moves this Court to grant his Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56. For the reasons set forth in the defendant's attached Memorandum of Law, and Local Rule 56.1 Statement of Undisputed Facts with supporting exhibits, the defendant is entitled to judgment in his favor.

WHEREFORE, based on the arguments and authorities stated in this Motion, attached Memorandum of Law and Local Rule 56.1 Statement of Undisputed Facts, the defendant moves this Count to

grant his Motion for Summary Judgment.

                              Respectfully submitted,

                              JOHN E. POTTER, POSTMASTER GENERAL
OF THE UNITED STATES POSTAL
SERVICE,

                              By his attorneys,

                              MICHAEL J. SULLIVAN
United States Attorney

                    By:  /s/ Rayford A. Farquhar
                          RAYFORD A. FARQUHAR
                          Assistant U.S. Attorney
                          U.S. Attorney's Office
                          1 Courthouse Way, Suite 9200
                          Boston, MA 02109
                          (617) 748-3100

## CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 28, 2007.

                              /s/ Rayford A. Farquhar
                              Rayford A. Farquhar
                              Assistant U.S. Attorney


## LOCAL RULE 7.1 CERTIFICATION

    I, Rayford A. Farquhar, Assistant U.S. Attorney, do hereby certify that I have spoken with Attorney James Small about this case on numerous occasions, and we could not come to an agreement regarding this case.

                              /s/ Rayford A. Farquhar
                              Rayford A. Farquhar
                              Assistant U.S. Attorney