UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CANDY BELL, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JOHN E. POTTER, In His )<br>Capacity as Postmaster )<br>General of the United )<br>States of America, )<br>)<br>    Defendant. )<br>) | C.A. No. 05-11485-RWZ |

**DEFENDANT'S MOTION TO DISMISS BASED ON PLAINTIFF'S
FAILURE TO COMPLY WITH THE COURT'S ORDER FOR
PRODUCTION ON OR BEFORE AUGUST 27, 2007**

    The defendant, John E. Potter, Postmaster General of the United States, by and through his Attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, herein moves this Court to dismiss the plaintiff's Complaint based on the plaintiff's failure to comply with the Court's Order dated August 17, 2007. As grounds for this Motion the defendant states as follows:

    1.    On October 12, 2006 this office served the defendant's Request for Production of Documents and Interrogatories in the above referenced case. Under the Federal Rules of Civil Procedure, Responses and Answers were due in my office no later than November 27, 2006;

    2.    On October 13, 2006 the defendant commenced the plaintiff's deposition and during the deposition the defendant contends that the plaintiff alleged damages

       not present in her complaint.  The defendant suspended the deposition of the plaintiff and the defendant demanded responses to certain outstanding discovery prior to concluding the plaintiff's deposition;

3. On March 29, 2007 counsel for the defendant and the plaintiff conducted a Local Rule 37.1 telephone conference to discuss when the plaintiff would produce her Answers to Interrogatories and Responses to Request for Production of Documents;

4. On April 3, 2007 counsel for the defendant received the plaintiff's partial answers to Interrogatories and partial responses to Request for Production of Documents.  The defendant further contends that some of the plaintiff's Answers and Responses were either deficient or non-responsive;

5. On April 5, 2007 the defendant sent a Local Rule 37.1 letter to counsel for the plaintiff seeking the responses to certain discovery requests propounded by the defendant;

6. On June 20, 2007 the plaintiff provided the defendant with a signed medical release form and an amended tax return for year 2003 and a tax return for 2005.  Much of the information that was requested was not answered by the plaintiff;

7. On July 27, 2007 the defendant, pursuant to Local Rule 37.1(A), filed a Motion to Compel Discovery Responses;

8. On August 17, 2007 this Court Allowed the defendant's Motion to Compel and Ordered the plaintiff to respond within 10 days;

9. As of September 4, 2007 the defendant still has not received the plaintiff's responses to discovery.

WHEREFORE, based on the plaintiff's failure to comply with the Court's Order, the defendant moves this Court to dismiss the plaintiff's complaint.

Respectfully submitted,

JOHN E. POTTER,
POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE,

By his Attorneys,

MICHAEL J. SULLIVAN
United States Attorney


/s/ Rayford A. Farquhar
Rayford A. Farquhar
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
(617) 748-3284

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 4, 2007.

/s/ Rayford A. Farquhar
Rayford A. Farquhar
Assistant U.S. Attorney