UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
COMMONWEALTH OF MASSACHUSETTS
C.A. No. 05-11485

FILED
IN CLERKS OFFICE
2007 SEP -5  A 9: 53
U.S. DISTRICT COURT
DISTRICT OF MASS.

CANDY BELL
(Plaintiff)

v

JOHN E. POTTER, In his Capacity as Postmaster
General of the United States of America
(Defendant)

**MOTION TO ENLARGE TIME WITHIN WHICH TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes plaintiff in the above captioned matter and respectfully moves that he be granted leave to enlarge the time within which to respond to defendant's motion for summary judgement. Although no date has been established for hearing, plaintiff desires until October 1, 2007 to file her response, i.e. that hearing be scheduled after October 11, 2007.

As grounds, counsel for plaintiff states his schedule has been unusually busy recently and that he is scheduled for trial in the Suffolk Superior Court on September 10, 2007 and is required to produce complex submittals in the Probate Court on September 15, 2007. Additionally, the motion submitted by defendant requires a considerable amount of time and attention to prepare an adequate response.

The requested enlargement of time will not prejudice the parties or the administration of justice.

Wherefore plaintiff requests the additional period to prepare her opposition to summary judgment.

Respectfully submitted,

James E. Small, Jr.
P.O. Box 190024
Roxbury, Massachusetts 02119
(617) 427-3147

### CERTIFICATE OF SERVICE

I, James E. Small, Jr. do hereby state that I served a copy of the enclosed response, by first class mail, on:

Rayford A. Farquar
Assistant U.S. Attorney
1 Courthouse Way Suite 9200
Boston Massachusetts 02210

James E. Small, Jr.