UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11485-RWZ

CANDY M. BELL

v.

JOHN E. POTTER,
in His Official Capacity as the Postmaster General
of the United States

ORDER

September 12, 2007

ZOBEL, D.J.

      Plaintiff, Candy Bell, alleges that she has been employed by the U.S. Postal Service since 1988. After she prevailed in an action charging discrimination based on her gender, she says she suffered serious harassment from several co-workers, and defendant failed to intervene and correct the situation. Discovery has not been smooth and defendant has moved to dismiss for failure to comply with an order compelling plaintiff to provide certain information. The parties do not agree as to the extent of plaintiff's delinquency. The court is not able to resolve the dispute on the current record.

      On or before September 21, 2007, defendant shall inform plaintiff of the requests and/or questions that remain outstanding. Plaintiff shall fully respond by October 1, 2007. Any issues remaining thereafter may be brought to the attention of the court.

The motion to dismiss (Document #11) is denied without prejudice.

|  |  |
|---|---|
| September 12, 2007 | /s/Rya W. Zobel |
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |