COMMONWEALTH OF MASSACHUSETTS
C.A. No. 05-11485

FILED
IN CLERKS OFFICE
2007 OCT -1 P 1: 31
U.S. DISTRICT COURT
DISTRICT OF MASS.

CANDY BELL
(Plaintiff)

v

JOHN E. POTTER, In his Capacity as Postmaster
General of the United States of America
(Defendants)

STATEMENT OF FACTS IN OPPOSITION
TO MOTION FOR SUMMARY JUDGMENT

Plaintiff Candy Bell respectfully submits the following as her statement of facts in opposition to summary judgment.

1. Plaintiff was employed by defendant in 1988. ( Bates Stamp p. 30)

2. Plaintiff has engaged in EEO activity prior to the instant case. (Exhibit 2)

3. Plaintiff was the victim of a hostile environment. (Exhibits 7, 12, Bates Stamp passim)

4. Plaintiff is an African American female (Exhibits 7 and 15)

5. Plaintiff submitted instances where she was the victim gender and race discrimination (Exhibits 7 and 12)

6. Plaintiff was investigated by her supervisors as a result of her complaint. (Bates Stamp pp. 25-30)

7. Plaintiff found to be incredible by her supervisors who determined plaintiff was the problem. (Bates Stamp 25-30)

8. Plaintiff was transferred to a different facility. (Bates Stamp 25-26)

9. Plaintiff was subjected to unnecessary fitness for duty examinations. (Bates Stamp 31-35)

10. Plaintiff passed the fitness for duty examination.

11. Defendant insisted there was a problem and requested additional process. (Bates Stamp p.40).

12. Plaintiff's transfer and the fitness for duty examinations are adverse job actions.

Respectfully submitted,

James E. Small, Jr.
P. O. Box 190024
Roxbury, Massachusetts 02119
617) 427- 3147
BBO 467220

## CERTIFICATE OF SERVICE

I James E. Small, Jr. do hereby certify that on October 1, 2007 I caused to be delivered first class mail, postage pre-paid a true and correct copy of the foregoing defendants:

Rayford A. Farquar
Assistant U.S. Attorney
1 Courthouse Way Suite 9200
Boston Massachusetts 02210

James E. Small, Jr.

10/1/07