UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CIVIL ACTION NO. 05-11485-RWZ

CANDY M. BELL

v.

JOHN E. POTTER,
in His Official Capacity as the Postmaster General
of the United States


ORDER

October 15, 2007

ZOBEL, D.J.

      Plaintiff, an employee of the United States Postal Service, complains about the conduct of co-workers and superiors and asserts three claims - 1) harassment on account of race, color and gender, 2) retaliation for complaining about harassment on an earlier occasion, and 3) hostile work environment.  The claims are devoid of specifics, including dates.  Defendant has moved for summary judgment which plaintiff opposes.  Defendant has also included a statement of undisputed facts which plaintiff simply disputes.  Nonetheless, it appears that Count 1 is based on statements by co-workers apparently made during the year 2001.  At that time there was pending in this court a law suit by this plaintiff against this defendant that appears to have been based on similar conduct.  That action was tried to a jury in June 2002.

      Given the sparsity of the complaint, the poor legibility of many of the exhibits to the motion and opposition, and any relationship of the 2001 events cited in this action

to the 2000 case, plaintiff shall file a statement detailing the facts on which she relies to establish her case in this matter. She shall include the author of any statement, if known; the dates on which statements were made, the author of any response to plaintiff's complaints to her superiors and the dates of such responses; and an explanation of the reason why conduct in 2001 was not included in the earlier lawsuit. In addition, plaintiff shall label her exhibits (Docket # 18) clearly so the court can relate the exhibits to those cited in plaintiff's statement. The statement shall be filed on or before October 25, 2007. Defendant may file any objections thereto by November 2, 2007.

    October 15, 2007                                                                  /s/Rya W. Zobel
            DATE                                                                 RYA W. ZOBEL
                                                                                UNITED STATES DISTRICT JUDGE