UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
COMMONWEALTH OF MASSACHUSETTS
C.A. No. 05-11485


CANDY BELL
(Plaintiff)

v

JOHN E. POTTER, In his Capacity as Postmaster
General of the United States of America
(Defendant)

)

**FINAL PRETRIAL CONFERENCE MEMORANDUM**

FACTS

Summary of Plaintiff 's Position

Candy Bell is female who is employed by the United State Postal Service. Ms. Bell worked in several facilities within the Service. On or about January 2001, Ms. Bell commenced work in a facility in Waltham Massachusetts. Ms. Bell complained that she was the target of harassing comments by other employees of the Service. The gender related comments alleged by Ms. Bell, included "homo." "queer," "lezzie," and "dike" These comments created a hostile environment that caused injury to Ms. Bell.

Ms. Bell reported the actions of her co-workers to several supervisors.

These incidents, created a hostile environment.

1

CONTESTED ISSUES OF FACT

All other facts are contested.

JURISDICTIONAL QUESTIONS

None.

QUESTIONS RAISED BY PENDING MOTIONS

There are no pending motions at the time of the filing of the pre-trial memorandum.

ISSUES OF LAW

None identified at this time, other than possible evidentiary issues.

PROBABLE LENGTH OF TRIAL

Approximately one week.

WITNESSES

For Plaintiff:

1. Plaintiff reserves the right to call any witness that is listed among defendant's witnesses in chief or rebuttal witnesses.

2. Candy Bell
   Seaver Street
   Dorchester, MA

3. Employees of defendant

   1. Meredith Simmons
   2. Theresa (Last name unknown).
   3. Dick Matthews
   4. Steve (Last name unknown)
   5. Charley (Last name unknown)
   6. Jennie (Last name unknown)
   7. A.J. (Last name unknown)

    8. Zennetta (Last name unknown)
    9. Jimmy Donovan
    10. Cathy
    11. Unidentified black female who worked in Waltham
    12. Danny Foon's sister

    Each of the above listed potential witnesses worked in the Waltham facility.

4. Plaintiff may also call physicians

Plaintiff prospective witnesses have not been deposed, It is not anticipated that any testimony will be presented by deposition. Plaintiff reserves the right to request that the testimony of any witness who is unavailable at the time of trial be videotaped and/or stenographically preserved for presentation trial.

PROPOSED EXHIBITS

For Plaintiff

    1. Employment records of various defendant employees.

    2. Medical records of plaintiff.

Respectfully submitted

James E. Small, Jr.
P.O. Box 190024
Roxbury, MA 02119
(617) 427-3147
BBO 467220