UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11485-RWZ

CANDY M. BELL

v.

JOHN E. POTTER,
in His Official Capacity as the Postmaster General
of the United States

PRETRIAL ORDER

January 23, 2008

ZOBEL, D.J.

This matter having come before the court at a pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., 28 U.S.C., and James E. Small, Jr., Esq., having appeared as counsel for plaintiff, and Rayford A. Farquhar, Esq., having appeared as counsel for defendant, the following action was taken:

1. **TRIAL**

Trial is scheduled to commence on March 3, 2008, at 9:00 a.m. and is estimated to last three days.

2. **JURY**

The court will impanel eight jurors. Counsel shall file any proposed questions to the jury on voir dire by February 28, 2008. Each side will have four peremptory challenges.

3. **ISSUES**

    The parties agree that the only issues to be tried are:

    a)    whether defendant violated Title VII by failing to stop the harassment of plaintiff by reason of her gender and sexual orientation and, if so

    b)    whether defendant's failure caused plaintiff harm and, if so

    c)    the amount of damages.  Plaintiff claims damages for psychological injuries and, if she lost income, for such lost income.

4. **WITNESSES**

    On or before February 25, 2008, each party shall file a list of witnesses who will testify at trial.

5. **EXHIBITS**

    Prior to the commencement of trial, counsel shall confer with each other concerning any exhibits each intends to offer and note any objections each may have to the exhibits of the other.  All exhibits to which opposing counsel do not object shall be deemed to be admitted into evidence.  Counsel shall mark these exhibits and prepare a listing thereof, in duplicate.  Objected to exhibits shall be marked for identification and listed separately.

6. **REQUESTS AND QUESTIONS**

    On the first day of trial, counsel shall file:

    (a) Requests for instructions; and

    (b) Proposed questions to the jury on special verdict.

|  January 23, 2008  |  /s/Rya W. Zobel  |
|---|---|
|  DATE  |  RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE  |