UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CANDY BELL, )<br>  )<br>    Plaintiff, )<br>  )<br>v. )<br>  )<br>JOHN E. POTTER, In His )<br>Capacity as Postmaster )<br>General of the United )<br>States of America, )<br>  )<br>    Defendant. )<br>  ) | C.A. No. 05-11485-RWZ |

**THE DEFENDANT'S WITNESS LIST**

The defendant, John E. Potter, Postmaster General of the United States Postal Service, anticipates that he will call the following witnesses:

1. Aeja Areyzaga.

2. James Mahan.

3. Eileen Devane.

4. Thesesa DeRocco.

5. Frank Manganaro.

6. Jean Healey.

7. Nicholas Constantino.

The defendant reserves the right not to call any of these witnesses depending upon the testimony of the plaintiff.

    Respectfully submitted,

    JOHN E. POTTER,
    POSTMASTER GENERAL,
    UNITED STATES POSTAL SERVICE,

    By his Attorneys,

    MICHAEL J. SULLIVAN
    United States Attorney

    /s/ Rayford A. Farquhar
    Rayford A. Farquhar
    Assistant U.S. Attorney
    U.S. Attorney's Office
    1 Courthouse Way, Suite 9200
    (617) 748-3284

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 28, 2008.

    /s/ Rayford A. Farquhar
    Rayford A. Farquhar
    Assistant U.S. Attorney