```
                      UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS
```

|                                          |                    |
|------------------------------------------|--------------------|
| CANDY BELL,                              )                    |
|                                          )                    |
|     Plaintiff,       )                    |
|                                          )                    |
| v.                                       )   Civil Action     |
|                                          )   No. 05-11485-RWZ |
| JOHN E. POTTER, in his official          )                    |
| capacity as POSTMASTER GENERAL           )                    |
| OF THE UNITED STATES                     )                    |
| POSTAL SERVICE,                          )                    |
|                                          )                    |
|     Defendant.       )                    |

**THE DEFENDANT'S EMERGENCY MOTION FOR SANCTIONS, PURSUANT TO FED. R. CIV. P. 37(b)(2)(C), FOR PLAINTIFF'S FAILURE TO PRODUCE PSYCHIATRIC RECORDS**

Defendant, John E. Potter, Postmaster General of the United States Postal Service, hereby moves this Court, pursuant to Fed. R. Civ. P. 37(b)(2)(C) to issue an Order dismissing the plaintiff's claim on the grounds that the plaintiff failed to (1) comply with a written Order of this Court dated August 17, 2007; (2) comply with a further Order of this Court dated September 12, 2007; (3) comply with an oral Order of this Court provided during the Pre-Trial Conference on January 17, 2008, requiring the plaintiff to produce by January 31, 2008 all information regarding her alleged psychological damages; and (4) failing to provide psychiatric records requested through Requests for Production of Documents.

WHEREFORE, the Defendant respectfully requests that his Motion for Sanctions Pursuant to Fed. R. Civ. P. 37(b)(2)(C) be **ALLOWED** in all respects.

Respectfully submitted,

JOHN E. POTTER, POSTMASTER GENERAL
OF THE UNITED STATES POSTAL
SERVICE,

By his attorneys,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Rayford A. Farquhar
RAYFORD A. FARQUHAR
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02109
(617) 748-3284

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 28, 2008.

/s/ Rayford A. Farquhar
Rayford A. Farquhar
Assistant U.S. Attorney

2

LOCAL RULE 7.1 CERTIFICATION

I, Rayford A. Farquhar, Assistant U.S. Attorney, do hereby certify that I have spoken with Attorney James Small about this Motion on Wednesday, February 27, 2008 and we could not reach an agreement as to the subject matter of this Motion.

```
                              /s/ Rayford A. Farquhar
                              Rayford A. Farquhar
                              Assistant U.S. Attorney
```