UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
COMMONWEALTH OF MASSACHUSETTS
C.A. No. 05-11485

CANDY BELL
(Plaintiff)

v

JOHN E. POTTER, In his Capacity as Postmaster
General of the United States of America
(Defendant)

PLAINTIFF'S REQUEST FOR
VOIR DIRE OF PROSPECTIVE JURORS

1. Have you or any member of your family or friends ever felt that a job supervisor unfairly evaluated your work performance?

2. Have you or any member of your family or friends ever been fired or involuntarily transferred from their job as a result of a supervisor's evaluation.

3. Have you ever witnessed or experienced any discrimination or harassment on the basis of sex or sexual orientation?

4. Have you or any family member or friends ever experienced any of the following?

    a. Been the victim of discrimination?
    b. Read or heard about any situation where a person claimed he was a victim of discrimination on the job.

5. Have you ever been employed by a company that was accused of discrimination?

6. Have you ever been in a situation where you accused someone of discrimination based on sex or sexual orientation?

7. Do you now or have you ever supervised anyone at your job?

8. Have you ever recommended or been otherwise involved in the termination, demotion or promotion of anyone?

9. Have you ever had to discipline people you supervised or terminate them for any reason?

10. Have you ever been disciplined by your supervisor or terminated for any reason?

11. Have you ever done personnel or human resource work for a company or public agency?

12. Have you ever had to conduct a performance evaluation for an employee?

13. In the place where you work, are there personnel policies about employee discipline, requirements for promotion, and /or when someone can be terminated?

14. Do you think the policies at you place of employment are fair.

15. Have you ever questioned the policies of your employer?

16. Do you think most companies or public agencies discipline employees without good cause?

17. Do you have any preconceived opinion, bias. or prejudice against claims brought for personal injuries and discrimination that seek money damages

which might prevent you from fairly and impartially deciding the issue in such a case, and, if the evidence warrants, awarding fair and adequate damages?

18. If so, do you feel that such experience might affect or unduly influence your rendering a fair and impartial verdict on issues to be decided; and, if the evidence so warrants, on the damages you may award?

19. When you take the oath as a juror you swear to reach your verdict based upon the sworn testimony and evidence in this case. By this is meant that you must not give consideration to other cases that you may have heard or read about with regard to injuries or damages in general, or articles you may have read and discussed. Do you believe that you could so arrive at a verdict if you were selected as a juror for the trial in this action?

20. Do any of you have any preconceived opinion as to such cases as the one about to be presented or any bias or prejudice against such cases that might prevent you from fairly and impartially deciding the issues in the case and the damages which may be awarded?

Respectfully submitted,

James E. Small, Jr.
BBO 467220
P.O. Box 190024
Roxbury, Massachusetts 02119
(617) 427-3147