UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
COMMONWEALTH OF MASSACHUSETTS
C.A. No. 05-11485

CANDY BELL
(Plaintiff)

v

JOHN E. POTTER, In his Capacity as Postmaster
General of the United States of America
(Defendant)

**Plaintiff's Witness List**

1. Candy Bell
   136 Seaver Street
   Dorchester, MA

2. Keeper of Records
   United States Postal Service
   Northwest Boston Processing and Distribution Center
   200 Smith Street
   Waltham, Massachusetts 02451-0002

3. Frank J. Manganro
   Plant Manager
   United States Postal Service
   Northwest Boston Processing and Distribution Center
   200 Smith Street
   Waltham, Massachusetts 02451-0002

4. Nicholas Constantino
   Manager
   United States Postal Service
   Northwest Boston Processing and Distribution Center
   200 Smith Street
   Waltham, Massachusetts 02451-0002

5. Richard Matheson
   Distribution Clerk
   United States Postal Service
   Northwest Boston Processing and Distribution Center
   200 Smith Street
   Waltham, Massachusetts 02451-0002

6. James T. Mahan
   Quality Improvement Specialist
   United States Postal Service
   Northwest Boston Processing and Distribution Center
   200 Smith Street
   Waltham, Massachusetts 02451-0002

Respectfully submitted,

*[signature]*

James E. Small, Jr.
P.O. Box 190024
Roxbury, Massachusetts 02119
(617) 427-3147