IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CANDY M. BELL, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 05-11485-RWZ ) ) |
| JOHN E. POTTER, in his official capacity as POSTMASTER GENERAL OF THE U.S., | ) ) ) |
| Defendant. | ) ) ) |

## NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2, please enter the appearance of the undersigned Assistant United States Attorney as counsel for the defendant in the above-captioned matter.

          Respectfully submitted,

          John E. Potter, Postmater General,
          United States Postal Service,

          By his Attorney,

          MICHAEL J. SULLIVAN
          United States Attorney

     By:   /s/ Rachael Splaine Rollins
          Rachael Splaine Rollins
          Assistant U.S. Attorney
          John Joseph Moakley U.S. Courthouse
          1 Courthouse Way, Suite 9200
          Boston, MA 02210

Dated: February 29, 2008          (617) 748-3100

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

|  |  |
|---|---|
|  | /s/ Rachael Splaine Rollins |
|  | Rachael Splaine Rollins |
| Date February 29, 2008 | Assistant U.S. Attorney |