IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CANDY M. BELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN E. POTTER, in his official capacity )<br>as POSTMASTER GENERAL OF THE U.S., )<br>)<br>Defendant. )<br>) | Civil Action No. 05-11485-RWZ |

## DEFENDANT'S MOTION TO QUASH
## SUBPOENA FOR FRANK MANGANRO

The defendant, John E. Potter, Postmaster General of the United States Postal Service, by and through its Attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, herein files this Motion to Quash the Subpoena issued to the United States Postal Service for Frank Manganro. (The unsworn, unsigned subpoena is attached as Exhibit A). As grounds for this Motion the defendant states as follows:

1.      Frank Manganro is no longer an employee of the United States Postal Service. He retired on April 1, 2003.

2.      Accordingly, pursuant to Federal Rule of Civil Procedure 45(b)(1), service of the subpoena for Frank Manganro on the United States Postal Service was improper.

3.      With great difficulty, however, defendant found Frank Manganro, who lives over 100 miles from the district court. He has agreed to appear, voluntarily, later in the week of March 3, 2008, to testify.

WHEREFORE, based on the Plaintiff's improper service of the Frank Manganro subpoena, defendant requests that the subpoena be quashed. The United States Postal Service, however, will produce the witness during its case in chief and plaintiff can question the witness at that time.

        Respectfully submitted,

        John E. Potter, Postmater General,
        United States Postal Service,

        By his Attorney,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Rachael Splaine Rollins
       Rachael Splaine Rollins
       Assistant U.S. Attorney
       John Joseph Moakley U.S. Courthouse
       1 Courthouse Way, Suite 9200
       Boston, MA 02210

Dated: February 29, 2008       (617) 748-3100

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

       /s/ Rachael Splaine Rollins
       Rachael Splaine Rollins
Dated: February 29, 2008       Assistant U.S. Attorney

A

Contact: James E. Small, Jr., Post Office Box 190024, Roxbury, Massachusetts (617) 427-3147

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
COMMONWEALTH OF MASSACHUSETTS
C.A. No. 05-11485

CANDY BELL
(Plaintiff)

v

JOHN E. POTTER, In his Capacity as Postmaster
General of the United States of America
(Defendant)

Frank J. Manganro
Plant Manager
United States Postal Service
Northwest Boston Processing and Distribution Center
200 Smith Street
Waltham, Massachusetts 02451-0002

**You are hereby commanded**, in the name of the United States of America, to appear before the United States District Court, District of Massachusetts holden at One Fan Pier, Boston, MA. within and for the District of Massachusetts on the 3rd day of March 2008 at 9:00 o'clock in the forenoon, and from day to day thereafter, until the action hereinafter named is heard by said Court, to give evidence of what you know relating to an action then and there to be heard and tried between Candy Bell and John E. Potter.

**Hereof fail not**, as you will answer your default under the pains and penalties in the law that behalf made and provided.

Dated at Roxbury, Massachusetts the 14th day of February 2008.

_____
Notary Public
My Commission Expires: