IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CANDY M. BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 05-11485-RWZ |
| v. | ) | |
| | ) | |
| JOHN E. POTTER, in his official capacity | ) | |
| as POSTMASTER GENERAL OF THE U.S., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION TO QUASH
SUBPOENA FOR RICHARD MATHESON**

The defendant, John E. Potter, Postmaster General of the United States Postal Service, by and through its Attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, herein files this Motion to Quash the Subpoena issued to the United States Postal Service for Richard Matheson. (The unsworn, unsigned subpoena is attached as Exhibit A). As grounds for this Motion the defendant states as follows:

1.     Richard Matheson is no longer an employee of the United States Postal Service.

2.     Accordingly, pursuant to Federal Rule of Civil Procedure 45(b)(1), service of the subpoena for Richard Matheson on the United States Postal Service was improper.

WHEREFORE, based on the Plaintiff's improper service of the Richard Matheson

subpoena, defendant requests that the subpoena be quashed.

Respectfully submitted,

John E. Potter, Postmater General,
United States Postal Service,

By his Attorney,

MICHAEL J. SULLIVAN
United States Attorney

By:     /s/ Rachael Splaine Rollins
        Rachael Splaine Rollins
        Assistant U.S. Attorney
        John Joseph Moakley U.S. Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
Dated: February 29, 2008      (617) 748-3100

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

/s/ Rachael Splaine Rollins
Rachael Splaine Rollins
Dated: February 29, 2008      Assistant U.S. Attorney

-2-

A

Contact: James E. Small, Jr., Post Office Box 190024, Roxbury, Massachusetts (617) 427-3147

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
COMMONWEALTH OF MASSACHUSETTS
C.A. No. 05-11485

CANDY BELL
(Plaintiff)

v

JOHN E. POTTER, In his Capacity as Postmaster
General of the United States of America
(Defendant)

Richard Matheson
Distribution Clerk
United States Postal Service
Northwest Boston Processing and Distribution Center
200 Smith Street
Waltham, Massachusetts 02451-0002

**You are hereby commanded**, in the name of the United States of America, to appear before the United States District Court, District of Massachusetts holden at One Fan Pier, Boston, MA. within and for the District of Massachusetts on the 3rd day of March 2008 at 9:00 o'clock in the forenoon, and from day to day thereafter, until the action hereinafter named is heard by said Court, to give evidence of what you know relating to an action then and there to be heard and tried between Candy Bell and John E. Potter.

**Hereof fail not**, as you will answer your default under the pains and penalties in the law that behalf made and provided.

Dated at Roxbury, Massachusetts the 14th day of February 2008.

_____

Notary Public
My Commission Expires: