UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CANDY BELL
    Plaintiff(s)

v.                              CIVIL ACTION NO. 05CV11485-RWZ

JOHN E. POTTER
    Defendant(s)

**JUDGMENT IN A CIVIL CASE**

ZOBEL , D.J.

**Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment for DEFENDANT.

Dated: 3/3/08                By       LISA A. URSO
                                      Deputy Clerk