UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
COMMONWEALTH OF MASSACHUSETTS
C.A. No. 05-11485-RWZ

CANDY BELL
(Plaintiff)

v

JOHN E. POTTER, In his Capacity as Postmaster
General of the United States of America
(Defendant)

### PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Candy Bell, plaintiff, hereby appeals to the United States Court of Appeal for the First Circuit from the judgment entered in this action on the first day of March 3, 2008

Respectfully submitted

James E. Small, Jr.
P.O. Box 190024
Roxbury, MA 02119
(617) 427-3147
BBO 467220

March 28, 2008

## CERTIFICATE OF SERVICE

I James E. Small, Jr. do hereby certify that on March 28, 2008 I caused to be delivered first class mail, postage pre-paid a true and correct copy of the foregoing to:

Rayford A. Farquar
Assistant U.S. Attorney
1 Courthouse Way Suite 9200
Boston Massachusetts 02210

_____
James E. Small, Jr.