## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11485

Candy Bell

v.

John E. Potter

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-42

No Sealed Documents

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/31/2008 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 8, 2008.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/8/08 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:05-cv-11485-RWZ

Bell v. Potter
Assigned to: Judge Rya W. Zobel
Cause: 28:1983 Civil Rights

Date Filed: 07/14/2005
Date Terminated: 03/03/2008
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Candy M. Bell**     represented by **James E. Small, Jr.**
41 Winthrop Street
P.O. Box 190024
Roxbury, MA 02119
617-427-3147
Fax: 617-427-8046
Email: TYJ2JSMALL@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**John E. Potter**
*In his Official Capacity as the*
*Postmaster general of the United States*
    represented by **Rachael S. Rollins**
United States Attorney's Office
1 Courthouse Way
Boston, MA 02210
617-748-3398
Fax: 617-748-3969
Email: rachael.rollins@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-3971

CM/ECF - USDC Massachusetts - Version 3.1.1 as of 12/15/2007
Case 1:05-cv-11485-RWZ    Document 43-2    Filed 04/08/2008    Page 2 of 5
Page 2 of 5

Email: rayford.farquhar@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/14/2005 | 1 | COMPLAINT against John E. Potter Filing fee: $ 250, receipt number 65619, filed by Candy M. Bell. (Attachments: # 1 Civil Cover Sheet) (Johnson, Jay) (Entered: 07/20/2005) |
| 07/14/2005 |  | Summons Issued as to John E. Potter. (Johnson, Jay) (Entered: 07/20/2005) |
| 07/14/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dean. (Johnson, Jay) (Entered: 07/20/2005) |
| 11/10/2005 | 2 | ANSWER to Complaint by John E. Potter.(Farquhar, Rayford) (Entered: 11/10/2005) |
| 11/14/2005 | 3 | NOTICE of Scheduling Conference Scheduling Conference set for 12/14/2005 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 11/14/2005) |
| 12/09/2005 | 4 | JOINT SUBMISSION pursuant to Local Rule 16.1 by John E. Potter. (Farquhar, Rayford) (Entered: 12/09/2005) |
| 12/14/2005 |  | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel : Scheduling Conference held on 12/14/2005. Judge acepts parties joint statement; dispositive motion to be filed before the close of discovery; Judge to decide if a hearing is necessary; (Urso, Lisa) (Entered: 12/15/2005) |
| 08/31/2006 | 5 | MOTION for Extension of Time to 10/31/06 to Complete Discovery by John E. Potter.(Farquhar, Rayford) (Entered: 08/31/2006) |
| 10/13/2006 | 6 | Joint MOTION for Extension of Time to 12/15/06 to File Dispositive Motions by John E. Potter.(Farquhar, Rayford) (Entered: 10/13/2006) |
| 10/18/2006 |  | Judge Rya W. Zobel : endorsedORDER entered granting 5 Motion for Extension of Time to Complete Discovery, granting 6 Motion for Extension of Time Discovery to be completed by 10/31/2006. Motions due by 12/15/2006. (Urso, Lisa) (Entered: 10/19/2006) |
| 05/30/2007 | 7 | STATUS REPORT *of the Parties* by John E. Potter. (Farquhar, Rayford) (Entered: 05/30/2007) |
| 05/31/2007 |  | Judge Rya W. Zobel : ELECTRONIC ENDORSEMENT re 7 Status Report filed by John E. Potter. The proposed schedule is approved, but counsel should note that there will be no further extensions. Dispositive motions by Aug. 30, 2007 (Urso, Lisa) (Entered: 06/01/2007) |
| 07/27/2007 | 8 | MOTION to Compel *Response and Answers to Discovery Propunded by* |

| | | |
|---|---|---|
| | | *the Defendant on October 6, 2006* by John E. Potter.(Farquhar, Rayford) (Entered: 07/27/2007) |
| 08/17/2007 | | Judge Rya W. Zobel : Electronic ORDER entered granting 8 Motion to Compel. "Allowed, without objection Plaintiff shall respond within 10 days to the outstanding discovery requests". (Johnson, Jay) (Entered: 08/17/2007) |
| 08/28/2007 | 9 | MOTION for Summary Judgment by John E. Potter.(Farquhar, Rayford) (Entered: 08/28/2007) |
| 08/28/2007 | 10 | MEMORANDUM in Support re 9 MOTION for Summary Judgment filed by John E. Potter. (Attachments: # 1)(Farquhar, Rayford) (Entered: 08/28/2007) |
| 09/04/2007 | 11 | MOTION to Dismiss *Based on Plaintiff's Failure to Comply with the Court's Order for Production on or before August 27, 2007* by John E. Potter.(Farquhar, Rayford) (Entered: 09/04/2007) |
| 09/05/2007 | 12 | Opposition re 11 MOTION to Dismiss *Based on Plaintiff's Failure to Comply with the Court's Order for Production on or before August 27, 2007* filed by Candy M. Bell. (Johnson, Jay) (Entered: 09/06/2007) |
| 09/05/2007 | 13 | MOTION for Extension of Time to 10/1/07 to File Response/Reply as to 9 MOTION for Summary Judgment by Candy M. Bell.(Johnson, Jay) (Entered: 09/06/2007) |
| 09/12/2007 | 14 | Judge Rya W. Zobel : ORDER entered denying 11 Motion to Dismiss without prejudice. Defendant to inform plaintiff of the requests by 9/21/07. Plaintiff shall fully respond by 10/1/07. (Urso, Lisa) (Entered: 09/12/2007) |
| 09/12/2007 | | Judge Rya W. Zobel : endorsedORDER entered granting 13 Motion for Extension of Time to File Response/Reply Responses due by 10/1/2007 (Urso, Lisa) (Entered: 09/12/2007) |
| 10/01/2007 | 15 | Opposition re 9 MOTION for Summary Judgment filed by Candy M. Bell. (Johnson, Jay) (Entered: 10/02/2007) |
| 10/01/2007 | 16 | STATEMENT of facts in Opposition re 9 MOTION for Summary Judgment. (Johnson, Jay) (Entered: 10/02/2007) |
| 10/01/2007 | 17 | Objection to Statement of Facts Pursuant to LR 56.1 by Candy M. Bell. (Johnson, Jay) (Entered: 10/02/2007) |
| 10/01/2007 | 18 | APPENDIX/EXHIBIT re 17 Objection, 16 Statement of facts, 15 Opposition to Motion by Candy M. Bell. (Johnson, Jay) (Entered: 10/02/2007) |
| 10/15/2007 | 19 | Judge Rya W. Zobel : ORDER entered. Plaintiff's statement to be filed on or before 10/25/07. Defendant's objections by 11/2/07.(Urso, Lisa) (Entered: 10/15/2007) |
| 10/25/2007 | 20 | STATEMENT of Candy M. Bell. (Johnson, Jay) (Entered: 10/25/2007) |

| | | |
|---|---|---|
| 11/13/2007 | 21 | Judge Rya W. Zobel : ORDER entered granting in part and denying in part 9 Motion for Summary Judgment (Johnson, Jay) (Entered: 11/13/2007) |
| 11/15/2007 | | ELECTRONIC NOTICE of Hearing :Pretrial Conference set for 12/19/2007 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 11/15/2007) |
| 12/12/2007 | | ELECTRONIC NOTICE OF RESCHEDULINGPretrial Conference reset for 1/17/2008 03:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 12/12/2007) |
| 01/16/2008 | 22 | PRETRIAL MEMORANDUM by John E. Potter. (Farquhar, Rayford) (Entered: 01/16/2008) |
| 01/17/2008 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel: Final Pretrial Conference held on 1/17/2008, ( Jury Trial set for 3/3/2008 09:00 AM in Courtroom 12 before Judge Rya W. Zobel.). 8 jurors; 3-5 days; vdire 2/28/08; witness & exhibit list 2/25/08; proposed questions & special verdict first day of trial; (Attorneys present: Small & Farquhar) (Urso, Lisa) (Entered: 01/17/2008) |
| 01/17/2008 | 23 | PRETRIAL MEMORANDUM by Candy M. Bell. (Urso, Lisa) (Entered: 01/18/2008) |
| 01/23/2008 | 24 | Judge Rya W. Zobel: ORDER entered. PROCEDURAL ORDER re pretrial/trial Jury Trial set for 3/3/2008 09:00 AM in Courtroom 12 before Judge Rya W. Zobel.(Urso, Lisa) (Entered: 01/23/2008) |
| 02/28/2008 | 25 | *Defendant's* Witness List by John E. Potter. (Farquhar, Rayford) (Entered: 02/28/2008) |
| 02/28/2008 | 26 | Emergency MOTION for Sanctions by John E. Potter.(Farquhar, Rayford) (Entered: 02/28/2008) |
| 02/28/2008 | 27 | MEMORANDUM in Support re 26 Emergency MOTION for Sanctions filed by John E. Potter. (Attachments: # 1 Exhibit)(Farquhar, Rayford) (Entered: 02/28/2008) |
| 02/28/2008 | 28 | Proposed Voir Dire by Candy M. Bell. (Johnson, Jay) (Entered: 02/29/2008) |
| 02/28/2008 | 29 | Witness List by Candy M. Bell. (Johnson, Jay) (Entered: 02/29/2008) |
| 02/28/2008 | 30 | NOTICE of Title VII by Candy M. Bell (Johnson, Jay) (Entered: 02/29/2008) |
| 02/29/2008 | 31 | Proposed Voir Dire by John E. Potter. (Farquhar, Rayford) (Entered: 02/29/2008) |
| 02/29/2008 | 32 | NOTICE of Appearance by Rachael S. Rollins on behalf of John E. Potter (Rollins, Rachael) (Entered: 02/29/2008) |
| 02/29/2008 | 33 | *Amended* Witness List by John E. Potter. (Farquhar, Rayford) (Entered: 02/29/2008) |

| | | |
|---|---|---|
| 02/29/2008 | 34 | MOTION to Quash *Subpoena for Frank Munganro* by John E. Potter. (Attachments: # 1 Exhibit A)(Rollins, Rachael) (Entered: 02/29/2008) |
| 02/29/2008 | 35 | MOTION to Quash *Subpoena for Richard Matheson* by John E. Potter. (Attachments: # 1 Exhibit A)(Rollins, Rachael) (Entered: 02/29/2008) |
| 03/02/2008 | 36 | MOTION in Limine *to Preclude Plaintiff from testifying about video tapes, calendars, dairies, journals, notes, records and, or medical records (psychiatric care)* by John E. Potter.(Rollins, Rachael) (Entered: 03/02/2008) |
| 03/02/2008 | 37 | MOTION in Limine *to preclude plaintiff from testifying about or producing any evidence regarding her prior lawsuit against defendant* by John E. Potter.(Rollins, Rachael) (Entered: 03/02/2008) |
| 03/02/2008 | 38 | MOTION to Quash *keeper of records subpoena and in limine to preclude plaintiff from testifying or producing evidence about the fitness for duty examination* by John E. Potter. (Attachments: # 1 Exhibit Keeper of Records Subpoena)(Rollins, Rachael) (Entered: 03/02/2008) |
| 03/03/2008 | 39 | Proposed Jury Instructions by John E. Potter. (Farquhar, Rayford) (Entered: 03/03/2008) |
| 03/03/2008 | 40 | MEMORANDUM in Opposition re 26 Emergency MOTION for Sanctions filed by Candy M. Bell. (Urso, Lisa) (Entered: 03/03/2008) |
| 03/03/2008 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel: granting 26 Motion for Sanctions; Motion Hearing held on 3/3/2008 re 26 Emergency MOTION for Sanctions filed by John E. Potter. Judge hears counsel and allows defendant's motion for failure to make discovery available; After discussions with the parties the plaintiff has no evidence of damages. The Judge enters judgment for defendant. (Court Reporter: Catherine Handel.)(Attorneys present: Small, Farquhar & Rollins) (Urso, Lisa) (Entered: 03/03/2008) |
| 03/03/2008 | 41 | Judge Rya W. Zobel: ORDER entered. JUDGMENT in favor of defendant (Urso, Lisa) (Entered: 03/03/2008) |
| 03/31/2008 | 42 | NOTICE OF APPEAL as to 41 Judgment by Candy M. Bell NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/21/2008. (Johnson, Jay) (Entered: 04/02/2008) |