***UNITED STATES DISTRICT COURT***
***DISTRICT OF MASSACHUSETTS***

USDC Docket Number : 05-cv-11485

Candy Bell

v.

John E. Potter

**CLERK'S CERTIFICATE**

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-42

No Sealed Documents

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/31/2008 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 8, 2008.

Sarah A. Thornton, Clerk of Court

By: [signature]
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/28/08.

[signature]
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 08-1448

- 3/06